UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00002-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| SHAWN SCHENCK | |

On motion of the defendant, Shawn Schenck, and for good cause shown, it is hereby

ORDERED that **DE 495** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _25_ day of _July_, 2025.

JAMES C. DEVER III
United States District Court Judge